NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0609n.06
Filed: July 19, 2005

No. 04-3419

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

GRADUAL TAYLOR,                     )
                                    )
    Plaintiff-Appellee,             )
                                    )
v.                                  )  ON APPEAL FROM THE UNITED
                                    )  STATES DISTRICT COURT FOR THE
CHERYL HART,                        )  SOUTHERN DISTRICT OF OHIO
                                    )
    Defendant-Appellant,            )
                                    )
CITY OF CINCINNATI POLICE,          )
                                    )
    Defendant.                      )

Before: MOORE and COOK, Circuit Judges; GWIN,[*] District Judge.

PER CURIAM. Finding that Gradual Taylor, proceeding pro se, sufficiently alleged facts—arrest and prosecution without probable cause based on the purposeful and malicious filing of a false police report—that, when viewed in a light most favorable to him, make out a Fourth Amendment violation by Officer Hart and obviate her entitlement to qualified immunity (regardless of the fine contours of such a claim in this circuit at the time of the maliciously false report), we affirm the judgment of the district court and remand for further proceedings.

---

[*]The Honorable James S. Gwin, United States District Judge for the Northern District of Ohio, sitting by designation.